JOSEPH D. ELFORD (S.B. No. 189934)
JEREMY D. BLANK (SBN 172571)
Law Offices of Joseph D. Elford
600 Fell Street #101
San Francisco, CA 94102
Telephone: (415) 573-7842
Fax: (510) 251-2036

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ALLEN, et al., ) | **DECLARATION OF MONA ALLEN IN SUPPORT OF *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMIANRY INJUNCTION** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| COUNTY OF LAKE, et al. ) | |
| ) | |
| Defendants. ) | Date: TBA |
| ) | Time: TBA |
| ) | Place: TBA |

I, MONA ALLEN, hereby declare under the penalty of perjury as follows:

1. I am a resident of Clearlake Oaks, California, which is located in the County of Lake, and I would testify under oath, under penalty of perjury under the laws of the United States, to the following if called to testify.

2. I am a sixty-year-old qualified medical marijuana patient under the laws of the State of California with a physician's recommendation to use marijuana to treat symptoms associated with arthritis and lupus. To this end, my husband and I cultivated six (6) mature and six (6) immature medical marijuana plants to relieve my symptoms, in accordance with California law.

3.      My current residence, which I reside in with my husband, is situated on approximately one-acre. We cultivate our medical marijuana plants approximately one-half acre from the public road and these marijuana plants are shielded from public view by a six (6) foot tall wood fence outside the exterior of the property, which was locked, as well as a six (6) foot tall bamboo fence immediately adjacent to the marijuana garden. No one could see the marijuana from the public road through these wooden and bamboo fences.

5.      On August 1, 2014, officers from the Lake County Sheriff's Department, and possibly other agencies, came to my home without a warrant to seize my medical marijuana plants. To gain entrance to my marijuana, the officers ignored multiple "no trespassing" signs; "please do not enter signs," and beware of the dogs" signs, which were posted at my front gate.

6.      I was not home at the time of the raid and did not voluntarily consent to any search or seizure. The officers apparently passed through two fences on my property to eradicate my medicine; indeed, they pried open one of the fences. They left my fences unlocked and two of my puppies are missing.

7.      No advance notice of the search and seizure was provided to me by any the defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and ability, and is based upon my personal knowledge, unless otherwise indicated.

Executed on this 25th day of August, 2014, in Clearlake Oaks, California.

_____
MONA ALLEN

No.
Declaration of Mona Allen

2