JOSEPH D. ELFORD (SBN 189934)
JEREMY D. BLANK (SBN 172571)
Law Offices of Joseph D. Elford
600 Fell Street #101
San Francisco, CA 94102
Telephone: (415) 573-7842
Email: joeelford@yahoo.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ALLEN; PAUL RAY HARRIS; SHAUN JONES; SCOTT OUTHOUT; ELVIN SIKES; NINA FAYE SIKES; NICOLE VAN SCHIACK; PRESTON WARREN; CALIFORNIA CHAPTER OF THE NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, and DOES 1-200,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, a municipal corporation; FRANCISCO RIVERO, in his individual and official capacities; CHRIS MACEDO, in his individual and official capacities; LOREN FREEMAN, in his individual and official capacities; RICHARD COEL, in his individual and official capacities, and DOES 1-50.<br><br>    Defendants. | Civil Action No.<br><br>**[PROPOSED] ORDER** |

Good cause having been shown, this Court orders as follows:

1. Defendants, and their agents and employees, are temporarily restrained from entering the private property of anyone without securing a warrant, by foot, motor vehicle, or helicopter, unless that property is in an open field;

2. Defendants, and their agents and employees, are temporarily restrained from entering the private property by foot, motor vehicle or helicopter of anyone and seizing their property without advance notice of at least five (5) days hours and the opportunity for a meaningful hearing;

3. Defendants, and their agents and employees, are temporarily restrained from taking continued action against anyone under the Ordinance where defendants failed to secure a warrant and/or failed to provide advance notice;

4. Defendants, and their agents and employees, are temporarily restrained from flying helicopters within 500 feet from the outer circumference of any residence;

5. This temporary restraining order shall expire in ten days unless it is extended for good cause;

6. This temporary restraining order shall become effective immediately upon entry by the Court;

7. A hearing on plaintiff's motion for a preliminary injunction is scheduled for _____.

DATED:

_____
UNITED STATES DISTRICT COURT JUDGE