UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONA ALLEN, et al.,

    Plaintiffs,

v.

COUNTY OF LAKE, et al.,

    Defendants.

Case No. 14-cv-03934-TEH

**ORDER STAYING DEFENDANTS' MOTIONS TO DISMISS, DENYING STIPULATION, AND VACATING HEARING.**

The Court has considered the stipulation for an extension of time as to Plaintiffs' Opposition to the Lake County Defendants' Motion to Dismiss. Stipulation and Proposed Order (Docket No. 58). The Court recognizes that Plaintiffs intend to file a Motion for Leave to Amend their Complaint on October 20, 2014. Decl. of Joseph Elford at 2 (Docket No. 58-1). An amended Complaint may render moot some or all of Defendants' arguments in their Motions to Dismiss. Accordingly, in the interest of judicial economy, the Court STAYS the pending Motions to Dismiss until resolution of Plaintiffs' forthcoming Motion for Leave to Amend, DENIES the stipulation for an extension of time as moot, and VACATES the hearing currently scheduled for November 24, 2014.

**IT IS SO ORDERED.**

Dated: 10/14/2014

_____
THELTON E. HENDERSON
United States District Judge