UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONA ALLEN, et al.,

    Plaintiffs,

v.

COUNTY OF LAKE, et al.,

    Defendants.

Case No. 14-cv-03934-TEH

**ORDER SETTING DEADLINE FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT**

Having granted Plaintiffs leave to file a second amended complaint, the Court now ORDERS that an amended complaint be filed on or before December 1, 2014.

**IT IS SO ORDERED.**

Dated: 11/19/14

_____
THELTON E. HENDERSON
United States District Judge