1  Joseph D. Elford, SBN 189934
2  **LAW OFFICES OF JOSEPH D. ELFORD**
   600 Fell Street, Suite 101
3  San Francisco, CA 94102
   Tel: (415) 573-7842
4  Attorneys for Plaintiffs MONA ALLEN, CARL RAY HARRIS, JONATHAN HOLT, SHAUN
5  JONES, SCOTT OUTHOUT, ELVIN SIKES, NINA FAYE SIKES, NICOLE VAN SCHIACK,
   PRESTON WARREN, HAL MUSKAT, and CALIFORNIA CHAPTER OF THE NATIONAL
6  ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS

7  **PORTER | SCOTT**
   A PROFESSIONAL CORPORATION
8  John R. Whitefleet, SBN 213301
   350 University Avenue, Suite 200
9  Sacramento, California 95825
   TEL: 916.929.1481
10 FAX: 916.927.3706
11 Attorneys for Defendant COUNTY OF LAKE, FRANCISCO RIVERO, CHRIS MACEDO,
   RICHARD COEL, DENNIS KIETHLY, JOE DUTRA, STEVE HERDT, MICHAEL LOCKETT
12 and FRANK WALSH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| MONA ALLEN, et al. | CASE NO. 3:14-CV-03934-TEH |
|---|---|
| Plaintiffs, | **STIPULATION TO MODIFY BRIEFING ON LAKE COUNTY DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| COUNTY OF LAKE, a municipal corporation; et al. | |
| Defendants. | |

Plaintiffs MONA ALLEN, CARL RAY HARRIS, JONATHAN HOLT, SHAUN JONES, SCOTT OUTHOUT, ELVIN SIKES, NINA FAYE SIKES, NICOLE VAN SCHIACK, PRESTON WARREN, HAL MUSKAT, and CALIFORNIA CHAPTER OF THE NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, and Defendants COUNTY OF LAKE, FRANCISCO RIVERO, CHRIS MACEDO, RICHARD COEL, DENNIS KIETHLY, JOE DUTRA, STEVE

HERDT, MICHAEL LOCKETT and FRANK WALSH (the "Lake County Defendants"), by and through their respective undersigned counsel, hereby stipulate as follows:

Given the holidays, and to account for same, the parties agree to minor continuance of the briefing schedule under the Local Rules on the Lake County Defendants' Motion to Dismiss, such that Plaintiffs' Opposition shall be filed on or before January 5, 2015, and the Lake County Defendants' Reply shall be filed on or before January 12, 2015.   The parties note it is being contemplated to consolidate the hearing on the Lake County Defendants' Motion to February 2, 2015, at 10:00 a.m.

Respectfully submitted,

Dated: December 31, 2014     Law Office of Joseph D. Elford

By: /s/ Joseph D. Elford (approved on 12/31/14)_____
Joseph D. Elford
Attorney for Plaintiffs

Date: December 31, 2014     PORTER SCOTT
A PROFESSIONAL CORPORATION

By:   /s/ John R. Whitefleet
John R. Whitefleet
Attorneys for Defendants
COUNTY OF LAKE, FRANCISCO RIVERO, CHRIS MACEDO, RICHARD COEL, DENNIS KIETHLY, JOE DUTRA, STEVE HERDT, MICHAEL LOCKETT and FRANK WALSH

**ORDER**

IT IS SO ORDERED.

01/05/2015

THE L...
United...

Judge Thelton E. Henderson

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*