UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ALLEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, et al.,<br><br>    Defendants. | Case No. 14-cv-03934-TEH<br><br>**ORDER CONTINUING HEARING ON LAKE COUNTY DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

On January 5, 2015, the parties filed a joint stipulation seeking the consolidation of the hearing for the Lake County Defendants' Motion to Dismiss; the January 12, 2015 case management conference; and the hearing for Defendant Loren Freeman's Motion to Dismiss, which is scheduled for February 2, 2015, at 10:00 AM. (Order No. 76).

The Court hereby CONTINUES the hearing on the Lake County Defendants' Motion to Dismiss to **February 2, 2015, at 10:00 AM**. The Court additionally CONTINUES the case management conference to **March 2, 2015, at 1:30 PM**. A joint case management statement will be due commensurate with this new date.

**IT IS SO ORDERED.**

Dated: 01/05/2015

_____

THELTON E. HENDERSON
United States District Judge