Joseph D. Elford, SBN 189934
LAW OFFICES OF JOSEPH D. ELFORD
600 Fell Street, Suite 101
San Francisco, CA 94102
Tel: (415) 573-7842
Attorneys for Plaintiffs MONA ALLEN, CARL RAY HARRIS, JONATHAN HOLT, SHAUN JONES, SCOTT OUTHOUT, ELVIN SIKES, NINA FAYE SIKES, NICOLE VAN SCHIACK, PRESTON WARREN, HAL MUSKAT, and CALIFORNIA CHAPTER OF THE NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant COUNTY OF LAKE, FRANCISCO RIVERO, CHRIS MACEDO, RICHARD COEL, DENNIS KIETHLY, JOE DUTRA, STEVE HERDT, MICHAEL LOCKETT and FRANK WALSH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ALLEN, et al. | CASE NO.   3:14-CV-03934-TEH |
| Plaintiffs, | **AMENDED STIPULATION TO MODIFY BRIEFING DATES** |
| v. | |
| COUNTY OF LAKE, a municipal corporation; et al. | |
| Defendants. | |

  Plaintiffs MONA ALLEN, CARL RAY HARRIS, JONATHAN HOLT, SHAUN JONES, SCOTT OUTHOUT, ELVIN SIKES, NINA FAYE SIKES, NICOLE VAN SCHIACK, PRESTON WARREN, HAL MUSKAT, and CALIFORNIA CHAPTER OF THE NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS, and Defendants COUNTY OF LAKE, FRANCISCO RIVERO, CHRIS MACEDO, RICHARD COEL, DENNIS KIETHLY, JOE DUTRA, STEVE

HERDT, MICHAEL LOCKETT and FRANK WALSH (the "Lake County Defendants"), by and through their respective undersigned counsel, hereby stipulate as follows:

On January 5, 2015, the Court issued an order to consolidate the motions to dismiss plaintiffs' complaint. Because the parties desire to consolidate the above matters in the interest of the parties' and judicial economy, as well as convenience. IT IS THEREFORE STIPULATED that the opposition briefs in both matters be due on or before January 7, 2015, with the replies due one week later.

Respectfully submitted,

Dated: January 5, 2015    Law Office of Joseph D. Elford

By: /s/ Joseph D. Elford authorized 1/5/15
Joseph D. Elford
Attorney for Plaintiffs

Date: January 5, 2015    PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/ John R. Whitefleet
John R. Whitefleet
Attorneys for Defendants
COUNTY OF LAKE, FRANCISCO RIVERO,
CHRIS MACEDO, RICHARD COEL, DENNIS
KIETHLY, JOE DUTRA, STEVE HERDT, MICHAEL
LOCKETT and FRANK WALSH

**<u>ORDER</u>**

GOOD CAUSE APPEARING, the opposition to the Lake County Defendants will be due on or before January 7, 2015.



01/06/2015

Judge Thelton E. Henderson

**AMENDED STIPULATION TO MODIFY BRIEFING DATES**

{01347502.DOC}