UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONA ALLEN, et al.,

    Plaintiffs,

v.

COUNTY OF LAKE, et al.,

    Defendants.

Case No. 14-cv-03934-TEH

**ORDER RE: PLAINTIFFS' BRIEFING**

Plaintiffs in this case have demonstrated a troubling pattern of filing documents at the last minute, or even minutes late, and subsequently filing "amended" or "corrected" versions a day or more later, after the deadlines have passed.  For example, in briefing the most recent motions to dismiss, Plaintiffs first filed their opposition at midnight on January 8 (although it was due on January 7), and then filed a "corrected" opposition at 1:14 PM later that day.  Previously, Plaintiffs filed a motion for leave to amend their complaint on their self-suggested deadline of October 20, 2014, and then filed an "amended motion" on October 24.  These are just two examples of a broader pattern of filing modified documents after the deadlines have passed.

There is no five-second rule in the federal courts.  The Court is grateful that Defendants have not raised objections to these late filings, even though such filings confuse matters and require additional effort in drafting a response.  However, Plaintiffs are hereby warned that late filings shall not be considered in the future, and will be subject to monetary sanctions.

**IT IS SO ORDERED.**

Dated: 02/02/15      _____
THELTON E. HENDERSON
United States District Judge