UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ALLEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, et al.,<br><br>    Defendants. | Case No. 14-cv-03934-TEH<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 114, 119 |

Plaintiffs in the above-entitled matter having failed to file a case management conference statement for the August 3, 2015 case management conference as of the filing of this order, despite the deadline for such filing having passed, *see* Civ. L.R. 16-10(d), and Defendants having filed a timely case management conference statement, and Plaintiffs having previously been warned that late filings will be subject to monetary sanctions, February 2, 2015 Order (Docket No. 94),

THE COURT hereby issues an ORDER TO SHOW CAUSE as to why monetary sanctions should not issue against Plaintiffs' counsel.

Plaintiffs' counsel shall file a response to this order to show cause no later than August 4, 2015, and shall appear for a hearing on **August 10, 2015, at 10:00 AM in Courtroom No. 2, on the 17th Floor of the San Francisco Federal District Courthouse**. This order does not vacate or otherwise modify the case management conference currently scheduled for August 3, 2015.

**IT IS SO ORDERED.**

Dated: 07/28/15

                                              THELTON E. HENDERSON
                                              United States District Judge