UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONA ALLEN, et al.,

    Plaintiffs,

v.

COUNTY OF LAKE, et al.,

    Defendants.

Case No. 14-cv-03934-TEH   (DMR)

**ORDER RE HEARING ON JOINT DISCOVERY LETTER**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Lead counsel for the parties are ordered to appear at the discovery hearing on October 8, 2015. Following the hearing, lead counsel shall meet and confer in the courthouse regarding their discovery disputes, and shall be prepared to devote the entire day, if necessary, to resolving the disputes.

**IT IS SO ORDERED**.

Dated: October 5, 2015



_____
DONNA M. RYU
United States Magistrate Judge