UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ALLEN, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF LAKE, et al.,<br><br>            Defendants. | Case No. 14-cv-03934-TEH   (DMR)<br><br>**ORDER STRIKING DOCKET ENTRIES; DIRECTING DEFENDANTS TO RE-FILE SUBMISSION** |

On October 8, 2015, the court held a discovery hearing. At the hearing, the court ordered Defendants to re-file a submission connected to its July 28, 2015 motion to compel (Docket No. 120-1), and to redact all social security numbers from the document. On October 15, 2015, Defendants filed a redacted version, but it appears that at least one social security number remains unredacted. [*See* Docket No. 145, ECF p. 41 line 2.] The documents containing social security numbers have been locked and are now inaccessible on ECF. The court orders the Clerk of the Court to strike docket entries 120-1 and 145. Defendants shall re-file a fully-redacted version of the submission by no later than October 20, 2015.

**IT IS SO ORDERED.**

Dated: October 16, 2015



Donna M. Ryu
United States Magistrate Judge