UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ALLEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LAKE, et al.,<br><br>Defendants. | Case No. 14-cv-03934-TEH   (ADR)<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: January 12, 2016<br>ENE Evaluator: David Levy |

IT IS HEREBY ORDERED that the request to excuse plaintiffs Mona Allen, Carl Ray Harris, Jonathan Holt, Shaun Jones, Scott Outhout, Elvin Sikes, Nina Faye Sikes, Nicole Van Schaick, Preston Warren and Hal Muskat from appearing in person at the January 12, 2016, ENE before David Levy is DENIED without prejudice.  ADR L.R. 5-10 (d) sets forth that all parties are required to attend the ENE session unless they can demonstrate that requiring their presence would cause them "extraordinary or otherwise unjustifiable hardship."  Plaintiffs' request suggests that some of the plaintiffs may have legitimate medical excuses that would warrant their appearing telephonically but the specifics of the request are vague.  The court requires further, specific and individualized information, including, where applicable, written statements from medical providers, before it could grant the request.  Any such further request should be submitted by no later than January 7, 2016.

Defendants' request to excuse Francisco Rivero, Chris Macedo, Richard Coel, Dennis Kiethly, Joe Dutra, Steve Herdt, Michael Lockett and Frank Walsh is GRANTED on the condition

///
///

Case 3:14-cv-03934-TEH   Document 157   Filed 01/05/16   Page 2 of 2

that one representative of the rank of at least Lieutenant or Captain from the Lake County Sheriff's Department attend the ENE with the other County representatives. Defendants shall inform the evaluator and plaintiffs' counsel of the identity of the representative from the Sheriff's Department by no later than January 7, 2016.

**IT IS SO ORDERED**.

Dated: January 5, 2016

_____
Maria-Elena James
United States Magistrate Judge

United States District Court
Northern District of California