UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONA ALLEN, et al.,

                    Plaintiffs,

         v.

COUNTY OF LAKE, et al.,

                    Defendants.

Case No.  14-cv-03934-TEH

**ORDER OF DISMISSAL**

        The Parties hereto, by their counsel, having advised the Court that they have agreed
to a settlement of this cause,

        IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided,
however, that if any party hereto shall certify to this Court, with proof of service of a copy
to opposing counsel, within ninety (90) days from the date of this order, that the agreed
consideration for said settlement has not been delivered over, the foregoing Order shall
stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated:  5/31/2017                         _____

                                          THELTON E. HENDERSON
                                          United States District Judge

United States District Court
Northern District of California